MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## Official Use Only

| Case Number | Judge | Magistrate Judge |
|---|---|---|
| | | |

Case: 2:24-cv-12944
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 11/5/2024
Description: CMP CARL BENNETT
V BURLESON ET AL (SS)

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

**Name** CARL S. Bennett    **Prisoner No.** 298713

**Place of Confinement** Jackson Cooper Street Facility

**Street** 3100 Cooper Street   **City** Jackson   **State** MI   **Zip Code** 49201

**Are there additional plaintiffs?**   ☐ Yes   ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.

### Defendant's Information   State Trooper Burleson (Badge #)

**Name** Michael Cooper District 87A   **Position** Judges
Colin C Hunter  circuit 46th

**Street/P.O. Box**    **City** Gaylord   **State** MI   **Zip Code** 49735

**Are you suing this defendant in his/her:**   ☐ Personal Capacity   ☐ Official Capacity   ☒ Both Capacities

**Are you suing more than one defendant?**   ☒ Yes   ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.

1

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes        ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | 2:15 CV 14465 |
| Name of Court: | Eastern District / Hon. Matthew F. Leitman |
| Parties (Caption or Name of Case): | M.D.O.C. / medical male practice / medication |
| Disposition: | Don't know never Received any paperwork |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2

CASE NO.
22-6369-FH    23-6466-FH          Statement

Judge Colin G. Hunter Last Four Prison Terms SHOULD HAVE never sentence me At All Because He was my attorney At one time so now "ConfLict of interest". And The Prosecutor District "RieNard TreusN" also was my attorney on these Cases As well 2022-006369 FH And 2023-6466-FH "ConfLict of Interest Does not give me A Fair trial. AND THere was EXCESSIVE Bond of $25,000 Dollars on OWI III when I was not Driving Lost over $3500.00 AND Being CHarged For Past Court Cost of 2001 $1500 2013 $1800 That was PAID By MDOC And my And ma Family sent me money to my trust account. Embezzelment, SLanDer, of Certain Charges And Cases of my Name And DID not give me Jail CReDits 15-7 on two Charges eacH Consective Sentencing is Improper Because I was Sentenced All Charges at Same time False And unlawful Imprisonment, Corruption of Otsego County's Court System Gaylard mi THis Case 22-6369-FH SHould Have never Been Bond over to Circut SHould Have been Dismissed Because THe Truck was unoperational Transmission went out was Locked up. THis is A Defamation CHrector

CASE NO.

23-6466 FH                    Statement

Second Case trooper - Burleson/Walther
Burleson Tazed me twice 10 Feet away
in my Driveway He Already Had His tazer
out before He got out His patrol Car
It was not Hoistered He Had it in His Hand
I Turned He Shot me with it "ass Hole"
Then another trooper pulled up went thru my
yard when there's Private Road in Front of
mine and my mother's Home, He should Be
Charged For "Attemed murder" Because He
knew I-Had a pace maker/Difibulater and
still used His Tazer no Excuse For Ignerts
and troopers Burleson/Walther Stated and said
we Don't give a shit and "I said you will
ass Hole" So THay Cuffed me and
Took me to Blood Draw


Date
   Sept, 09-2024          Carl Bennett 298713
                          Carl Bennett 29871L
                          JCS 3100 Cooper St
                          Jackson MI 49201
                          IN-PRO-PER

Statement of what Happened on Feb. 26-2022

My mother Drove our GMC Blazer to the mail Box to get the mail on our Private RD which is Big Stump, old stump is where the mail Boxes are, so my mother Drove Down to mail Box before she got to the mail Box 300 ft. From The mail Box the TRUCKS transmission went out Locked up would not move unoperation, so Because of Her age 80 A now 81 she left it my sister pick Her up told me to get towe it Back Home I went to my neighbor Pete Burns which "past away" in November 2022 Anyway I walked to Pete's House Pete said yes went Down to the truck no keys, not Running, it was Locked up Rear-end) so Pete towed it to the side of the Road on our Private not A Public the state trooper pulled up I ask Josch Burleson what the f was He Doing on our Private DR, He stated He DID not need a warrant I SAID the "F" you Dont He Said Suprem Court over Ruled some BullsHit I said the Suprem Court cannot over Rule Private DRIVE ass Hole, The troope stated Have you been Drinking I said

Statement on ONI III

Yes I Drank few Shots of Rum in my House, Honestly nahe of your "Fe" Business and I'm not Driving I walked to my neighbors Home to get Pete to tow my truck But since the Ass Hole arrested me ONI III we Put it to the SIDe the Road Private Drive, "not Public Road" I TolD the State Cop Burleson I was going to Break His fucking noise my neighbor stop me and said Let Him arrest you I TolD my neighber are you stupid He is not allowed on our Private rd without a warrant and I was not Driving and He was called to OlD stump not Big stump futher more He HAD no Business on our Private RD I Better never catch His ass on my Privat RD again want Be good not A Threat A Promise SHoulD Have never arrested me or even Left District Court There more to this statement and voilation

Date
Sept. 07. 2024

IN-Pro-Por
Carl Bennett 29871
Carl Bennett 29871
31000 Cooper st
Jackson mi 49201

Page 10

Statement on Judge Cooper
During 22-6369-FH - District Court
Case 22-40536-FD-3

During District Court proceedings
Before Judge Cooper Waived it over
to Circuit Court trooper Josh Burleson
made a statement on transcripts stating
He Did not See me Driving? Because
I was not Driving Being towed to side
of Big Stump tol. not old Stump Til
it All Documented so How Can I
Be Arrested for OWI III when no
keys in Ignition, sitting in Drivers Seat
When the truck was unoperational, locke
up Transmission gone in it 4x4 unit locked
up and Rear End was Drugged it to
Side of the ~~road~~ Road Because
would not move.

# Constitutional AmenDmentS
## ApenDix Page one

1, 14, Amenments U.S. Constitution Bill of Rights Artical 1, 4, 5, 6, 7,8

Artiede 6, Clause 2

THis Constitution, and The Laws of United States WHicN SHAll Be made in Pursuance thereof, and All Treaties made or WHicH shall be made, under the Authority of The united states shall be the supreme Law of the LanD and The Judges in every state Shall be bound thereby, any thing in the Constitution or Laws of any state to the Contrary notwithstanding

(The supremacy Clause of the u.s (Constitution)

Artical one; U.S. Constitution, Bill of Rights Artical One:

Congress shall make no Law respecting the establishment of Religion, or prohibiting the Free exercise Thereof; or abridging the Freedom of speech, or of The press; or The Right of the people peaceably to Assemble, and to petition the Government For a redress of Grievances

Artical four; The Right of The people, to be Secure in their persons, Houses, papers, and effects, against unreasonable searches and seizures, shall not be voilated and no warrants shall ISSUE, but upon probable Cause, Supported By Oath or Affirmation, and particularly describing the Place to be searched and the persons or things To be seized

Apendix Page two

U.S. Constitional, Bill of Rights /Amendments

Artical Five.   No person shall be held to answer for a Capital
oa otherwise infamous crime, unless on a persentment or
indictment of a Grand Jury, except arising in the land or
naval forces, or in the militia, while actal service
in time of war, or public danger, nor shall any person
be subject, for the same offense, to be twice pot
in Jeopardy of Life or Limb, nor shall be deprived
of Life, Liberty, or property, without due process of
Law, nor shall private property be taken for public use
without just compensation.

Artical six   in all criminal prosecution, the accused shall enjoy
the Right to a speedy trial, by a impartial Jury of
the state and district wherein the crime shall have
been committed, which district shall have been
priviously ascertained by law, and to be informed
of the nature and cause of the accusation; to be
confronted with the witness against him, to
have compulsary process for obtaining witnesses
in his favor, and to have the assistance of counsel
for his defense

Artical Seven   In Suits at Common Law, where the value
in Controversy shall exceed twenty Dollars
the Right of Trial by Jury shall be preserved
and no fact tries by a Jury shall be otherwise
re-examined in any Court of the United, than Acceding
to the Rules of the Common Law

Page 14

# APENDIX THree

**artical eight**

US. Constitutional Bill of Rights / Amendments excessive bail shall not be Required, nor excessive fines be imposed, nor cruel and unusual punishments inflicted

**artical nine**

The enumeration in the Constitution, of certain Rights shall be construed to Deny or disparage others retained by the people

**artical Ten**

The powers not delegated to the united States By the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

**artical eleventh**

The Judicial power of the united States shall not Be construed to extend to any suit in law or equity commenced or prosecuted against one of The united States by citizens of another state, or by citizens or subjects of any Foreign State

Paul .V. Virginia (T)he Right to Travel freely From state to state
        U.S. Supreme Court, Shapiro V. Thompson
        Fuller Chief Judge

**artical fourteenth**

All Persons born or naturalized in the united States and subject to the Jurisdiction thereof are citizens of united states and of the state where in the reside no state shall make or Enforce anylaw which shall abridge the Privileges.

Carl Bennett # 298713
Lock H-123 Jackson
3600 Cooper St
Facility "JCS"
Jackson, MI 49201

Retail

RDC 99

48226

U.S. POSTAGE PAID
FCM LG ENV
GAYLORD, MI 49735
NOV 01, 2024

$2.31

S2324N501798-5

Erotum District Court
Theodore Livine [illegible] d State Court House
231 West Lafayette Blvd.
Detroit, MI 48226