UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CARL S. BENNETT,**<br><br>Plaintiff,<br><br>vs.<br><br>**STATE TROOPER BURLESON, MICHAEL COOPER, and COLIN C. HUNTER,**<br><br>Defendants. | 2:24-CV-12944-TGB-DRG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18)** |

This matter is before the Court on Magistrate Judge David R. Grand's's April 23, 2025, Report and Recommendation, ECF No. 18, recommending that Plaintiff Carl S. Bennett's Complaint be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and that Defendant Burleson's Motion to Dismiss, ECF No. 10, and Defendants Michael Cooper's and Colin Hunter's Motion to Dismiss, ECF No. 14, be **DENIED AS MOOT.**

The Court has reviewed Magistrate Judge Grand's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district

court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Magistrate Judge Grand's April 23, 2025 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation, ECF No. 18, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED,** Defendant Burleson's Motion to Dismiss, ECF No. 10, and Defendants Cooper's and Hunter's Motion to Dismiss, ECF No. 14, are **DENIED AS MOOT**, and this case is **DISMISSED WITH PREJUDICE.**

SO ORDERED.

Dated: May 27, 2025         /s/Terrence G. Berg
                            HON. TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated: May 27, 2025                    By: /s/E. Vradenburg
                                                                                            Case Manager

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge